IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JEROME SULLIVAN, JR.**  **PLAINTIFF**
ADC #651276

v.  No. 2:23-cv-00215-LPR

**TYRAN MCCRADICK, et al.**  **DEFENDANTS**

### ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Edie R. Ervin (Doc. 5). No objections have been filed, and the time for doing so has expired.[1] After a *de novo* review of the RD and careful consideration of the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, Plaintiff's Complaint (Doc. 2) is DISMISSED without prejudice for failure to state a claim on which relief may be granted. The Court recommends that dismissal of this case count as a "strike," in the future, for purposes of 28 U.S.C. § 1915(g). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 29th day of April 2024.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] After the RD was entered, Plaintiff updated his address with the Court and requested a status update in his case. *See* Doc. 9. On February 7, 2024, the Court re-opened a 14-day window for Plaintiff to file objections to the RD, but none were ever filed. *See* Order (Doc. 10).